UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:20-cr-82

vs.

ROGER EARL WALTON, *et al.*,        District Judge Michael J. Newman

    Defendants.

---

**ORDER (1) SETTING A MOTION TO SUPPRESS HEARING ON AUGUST 18, 2021; (2) MAKING AN ENDS OF JUSTICE FINDING; AND (3) CONTINUING TRIAL UNTIL DECEMBER 13, 2021**

---

This criminal case is before the Court on Defendants Roger Earl Walton, Louis Walton, Shawn Dwyane Walton, and Glynn Sewell's motions to suppress evidence. Doc. Nos. 113, 114, 116, 118.[1] Each Defendant has requested a hearing on their respective motions. Doc. Nos. 113, 114, 116, 118. Accordingly, the Court sets a suppression hearing for **AUGUST 18, 2021** at **10:00 a.m.** in the Walter H. Rice Federal Building and U.S. Courthouse.[2]

At the conclusion of the hearing, the Court anticipates setting the following briefing schedule: (1) Defendants shall file post-hearing briefs within **21 days** following the filing of the hearing transcript; (2) the Government shall file a response brief within **21 days** following the filing of Defendants' briefs; and (3) Defendants may file reply briefs within **10 days** following the filing of the Government's response. Thereafter, the Court will take the matter under submission and will endeavor to issue a prompt decision.

---

[1] The Court permitted Defendant Rauland Pollard, III until May 14, 2021 to file a motion to suppress. Doc. No. 110.
[2] The Court will provide counsel with an exact courtroom location closer to the hearing date. The courtroom will be equipped with plexiglass.

On November 13, 2020, Judge Rose declared this case complex under 18 U.S.C. § 3161(h)(7)(B)(ii).  Doc. No. 74.  The undersigned agrees with and adopts that designation.  For that reason, the ends of justice are served by continuing trial in this matter.  A continuance will facilitate adequate preparation for the suppression hearing and ensure an expedient decision on Defendants' motions.  Accordingly, the Court **CONTINUES** trial in this matter until **DECEMBER 13, 2021**.  A final pretrial conference is set for **NOVEMBER 29, 2021** at 2:00 p.m. in the Walter H. Rice Federal Building and U.S. Courthouse.

**IT IS SO ORDERED.**


Date:  April 12, 2021                                     s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge